UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-073 JD |
| ) | |
| RYAN WEBB (01) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 16, 2012 [DE 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Ryan Webb's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. §§ 1014 and 2.

SO ORDERED.

ENTERED:   August 13, 2012

                              /s/ JON E. DEGUILIO
                          Judge
                          United States District Court