# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-073 JD |
| | ) | |
| JOHNNY STINE (02) | ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 16, 2012 [DE 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Johnny Stine's plea of guilty, and FINDS the defendant guilty of Count 2 of the Information, in violation of 18 U.S.C. §§ 1014 and 2.

SO ORDERED.

ENTERED:   August 13, 2012

_____/s/ JON E. DEGUILIO_____
Judge
United States District Court